IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MEILING HU, an Individual; | |
| | |
| Plaintiff, | **4:25CV3146** |
| | |
| vs. | |
| | **ORDER OF DISMISSAL** |
| USCIS NEBRASKA SERVICE CENTER, | |
| | |
| Defendant. | |

Pursuant to the Notice of Dismissal filed by Plaintiff (Filing No. 17), and Defendant's representation that dismissal is not opposed,

**IT IS ORDERED** that this case is hereby dismissed without prejudice.  Defendant's Motion to Dismiss (Filing No. 14) is denied as moot.

Dated this 4th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge